**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TELECOMM INNOVATIONS, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civ. No. 12-1327-SLR |
| DELL INC., | § § | |
| Defendant. | § § | |

## <u>STIPULATION OF DISMISSAL WITHOUT PREJUDICE</u>

IT IS HEREBY STIPULATED AND AGREED that all claims brought by Plaintiff Telecomm Innovations, LLC ("TI") against Defendant Dell Inc. ("Dell") in the above-captioned action are hereby dismissed without prejudice and all counterclaims brought by Dell against TI in the above-captioned action are hereby dismissed without prejudice, by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

1

Dated:  January 28, 2014.                               Respectfully submitted,


/s/ Timothy Devlin                                      /s/Steven Fineman
Timothy Devlin #4241                                    Steven J. Fineman
        tdevlin@farneydaniels.com                       Email:Fineman@rlf.com
FARNEY DANIELS PC                                       Jason J. Rawnsley
1220 Market Street, Suite 850                           Email: rawnsley@rlf.com
Wilmington, DE 19801                                    RICHARDS, LAYTON & FINGER, PA
Telephone:  (302) 300-4626                              One Rodney Square 920 N. King Street
                                                        Wilmington, DE  19801
Stamatios Stamoulis #4606
        stamoulis@swdelaw.com                           Michael J. Newton
Richard C. Weinblatt #5080                              Email: mike.newton@alston.com
        weinblatt@swdelaw.com                           Derek Neilson
STAMOULIS & WEINBLATT LLC                               Email: derek.neilson@alston.com
Two Fox Point Centre                                    Shivan Mehta
6 Denny Road, Suite 307                                 Email: shivan.mehta@alston.com
Wilmington, DE 19809                                    ALSTON & BIRD, LLP
Telephone:  (302) 999-1540                              2828 N. Harwood Street, Suite 1800
                                                        Dallas, Texas 75201
*Attorneys for Plaintiff*
*Telecomm Innovations LLC*                              *Attorneys for Defendant Dell Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2014, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

*/s/ Timothy Devlin*
Timothy Devlin #4241